Disposition of Petitions for Discretionary Review Under G.S. 7A-31

12 December 2012

| 441P12 | Diane Sood v. Ajit Bobby Sood | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA12-369) | 1. Dismissed *Ex Mero Motu* |
|--------|-------------------------------|------------------------------------|-------------------------|
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's *Pro Se* PWC to Review Decision of COA | 3. Denied |
| | | 4. Def's *Pro Se* Motion to Strike Plt's Response to Def's PWC | 4. Denied |
| | | 5. Def's *Pro Se* Motion for Sanctions | 5. Denied |
| 442P12 | State v. Walter Alexander Love | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1578) | Denied |
| 444P12 | Suntrust Bank v. Bryant/Sutphin Properties, LLC, Calvert R. Bryant, Jr., and Donald H. Sutphin | 1. Defs' (Bryant/Sutphin Properties, LLC and Donald H. Sutphin) PDR Under N.C.G.S. § 7A-31 (COA12-131) | 1. Denied |
| | | 2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot |
| | | 3. Plt's Conditional PWC to Review Order of Superior Court of Forsyth County | 3. Dismissed as Moot |
| 445P12 | Sonia Rapaport Peltzer v. David Eric Peltzer Def's PDR Under | N.C.G.S. § 7A-31 (COA12-41) | Denied |
| 447P12 | State v. Enrique Cardenas-Zavala | Def's *Pro Se* Motion for PDR (COA11-599) | Denied |
| 448P12 | Anthony Williams v. James J. Exum – Attorney | Plt's *Pro Se* Motion for Order and NOA to the Supreme Court with Stay of Proceedings (COAP12-845) | Dismissed |
| 449P11-4 | State v. Charles Everette Hinton | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **11/27/12** |
| 451P12 | State v. Kevin Earl Griffin | 1. State's Petition for *Writ of Supersedeas* (COA12-390) | 1. Allowed |
| | | 2. State's PDR Under N.C.G.S. § 7A-31 | 2. Allowed |